# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

(2) Nathan Daniel Jesh,

        Defendant.

Crim. No. 10-165 (DSD/JJK)

Order

Charles J. Kovats, Esq., and John R. Marti, Esq., Assistant United States Attorneys, counsel for Plaintiff.

Lyonel Norris, Esq., counsel for Defendant Jesh.

The above matter comes before the court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated September 10, 2010. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the court now makes and enters the following order.

**IT IS HEREBY ORDERED** that:

1. Defendant's Pretrial Motion to Suppress Evidence (Doc. No. 40), is **DENIED**; and

2. Defendant's Pretrial Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 41), is **DENIED.**

Date: October 13, 2010

        s/David S. Doty
        David S. Doty
        United States District Judge